IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:05-CR-17-D

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )    **ORDER**<br>) |
| ANDREW BROWN, | )<br>) |
| Defendant. | ) |

Andrew Brown ("Brown") filed a motion for jail credit [D.E. 63], and the government filed a response. See [D.E. 72]. Brown must first seek to obtain such credit from the Bureau of Prisons. See, e.g., 18 U.S.C. § 3585(b); United States v. Wilson, 503 U.S. 329, 331–37 (1992). The motion [D.E. 63] is DENIED without prejudice.

SO ORDERED. This **27** day of December 2013.

                                       JAMES C. DEVER III
                                       Chief United States District Judge